NUMBER 13-08-000068-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

JAIME ROCKY SALINAS, M.D. AND 

MARIA DE JESUS MUNOZ, M.D., APPELLANTS,


v.



SAN BENITO MEDICAL ASSOCIATES, INC., APPELLEE. 

_____________________________________________________________


On Appeal from the 103rd District Court 


of Cameron County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Vela


Memorandum Opinion Per Curiam


 Appellants, Jaime Rocky Salinas, M.D., and Maria de Jesus Munoz, M.D., and
appellee, San Benito Medical Associates, Inc., have filed a joint motion to dismiss this
appeal. According to the motion, the parties have reached an agreement to settle and
compromise their differences. The parties request that this Court dismiss the appeal with
costs to be borne by the party incurring same.

 The Court, having considered the documents on file and the joint motion to dismiss
the appeal, is of the opinion that the motion should be granted. See Tex. R. App. P.
42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. 
Pursuant to the agreement of the parties, costs will be taxed against the party incurring
same. See Tex. R. App. P. 42.1(d). Having dismissed the appeal at the parties' request,
no motion for rehearing will be entertained, and our mandate will issue forthwith.


 PER CURIAM

Memorandum Opinion delivered 

and filed this the 17th day of April, 2008.